**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICK HARRISON, JOHN BUCKLEY III, )<br>MARGARET LOPEZ, ANDY LOPEZ, )<br>KEITH LORENSEN, LISA LORENSEN, )<br>EDWARD LOVE, ROBERT )<br>MCTUREOUS, DAVID MORALES, )<br>GINA MORRIS, MARTIN SONGER, JR., )<br>SHELLY SONGER, JEREMY STEWART, )<br>KESHA STIDHAM, AARON TONEY, )<br>ERIC WILLIAMS, AND )<br>CARL WINGATE, )<br>            )<br>        Plaintiffs, )<br>            )<br>v.          )<br>            )<br>REPUBLIC OF SUDAN, )<br>            )<br>        Defendant. )<br>_____ )<br>            )<br>TRACEY SMITH, as Personal )<br>Representative of the Estate of Rubin Smith, )<br>            )<br>        Plaintiff, )<br>            )<br>v.          )<br>            )<br>REPUBLIC OF SUDAN, )<br>            )<br>        Defendant. )<br>_____ )  | Civil Action No.: 1:10-cv-01689-RCL |

**PLAINTIFFS' MOTION FOR LEAVE TO RE-SERVE COMPLAINT ON**
**<u>DEFENDANT REPUBLIC OF SUDAN</u>**

Plaintiffs, by undersigned counsel, hereby file this motion for leave to re-serve their complaint on the Defendant, Republic of Sudan, pursuant to the opinion of the Supreme Court of the United States, in *Harrison v. Sudan*, Appeal No. 16-1094. In support, Plaintiffs state:

1

1.      On October 11, 2010, the Plaintiffs filed their Amended Complaint against the Defendant Republic of Sudan and with the assistance of the Clerk caused it to be served upon the Defendant along with the summons and notice of suit to the Defendant's Minister of Foreign Affairs via certified mail to its embassy located in Washington, D.C.  *See* Dkt. Nos. 8, 10-11.

2.      On March 30, 2012, the Court issued a Memorandum Opinion and Judgment finding that Defendant Republic of Sudan provided material support and resources to Al Queda leading to the murders of 17 American servicemen and women serving on the U.S.S. Cole on October 12, 2000, and entered a judgment against the Defendant under 28 U.S.C. s. 1605A.  *See* Dkt. Nos. 40 and 41.

3.      In January 2014, Sudan appeared for the first time in a post-judgment collection action filed by the Plaintiffs in the Southern District of New York, Case No. 1:13-cv-03127.  *See* Case No. 1:13-cv-03127, Dkt. Nos. 32 and 33.

4.      In that case, Sudan filed a notice of appeal from certain turnover orders that had been entered in the Plaintiffs' favor.  *See* Case No. 1:13-cv-03127, Dkt. No. 36.

5.      In its brief to the Second Circuit Court of Appeals, Sudan argued that this Court lacked subject matter jurisdiction to enter the Plaintiffs' judgment because the Amended Complaint was not served on the Sudanese Ministry of Foreign Affairs located in Khartoum, Sudan.  *See* Appeal No. 14-121, Dkt No. 31.

6.      In 2016, the Second Circuit rejected Sudan's arguments on direct appeal and rehearing, affirming the district court's turnover orders.  *See* Appeal No. 14-121, Dkt Nos. 80-1, 145 and 146.

7.      In March 2017, Sudan filed a petition for writ of certiorari to the Supreme Court of the United States, which was granted by the Court.  *See* Docket for Appeal No. 16-1094, attached

hereto as Exhibit "A".

8. After briefing and argument, on March 26, 2019, the Supreme Court issued its opinion reversing the Second Circuit's judgment and remanding the case for further proceedings. *See* Opinion of the Supreme Court of the United States, Appeal No. 16-1094 ("Opinion"), attached hereto as Exhibit "B".

9. The Supreme Court found that for service to be proper under 28 U.S.C. § 1608(a)(3), the service packet must be mailed to the ministry of foreign affairs located in the foreign state. *See* Opinion at p. 17.

10. As such, it held that the Plaintiffs' service on the Minister of Foreign Affairs using the address of the Sudanese embassy in this district was improper and void. *Id.*

11. Further, the Supreme Court held that the case may continue and that the Plaintiffs may re-serve Sudan with their complaint, under 28 U.S.C. § 1608(a)(3) or, if necessary, § 1608(a)(4). *Id.*

12. While it is not anticipated that this Court will receive a mandate from the Supreme Court because the appeal was not taken from any order of this Court, obviously its opinion must be respected by the Plaintiffs in this Court.

13. Accordingly, the Plaintiffs respectfully request the Court vacate the Judgment and allow Plaintiffs to re-serve Sudan with the complaint in this case, pursuant to the Supreme Court's direction. *Id.*

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Nelson M. Jones, III |
| HALL, LAMB, HALL& LETO, P.A. | LAW FIRM OF NELSON M. JONES, III |
| Andrew C. Hall, FL Bar # 111480* | Nelson M. Jones, III, D.C. Bar # 320266 |
| Roarke Maxwell, FL Bar # 44591* | 440 Louisiana St., Ste. 1575 |
| 2665 South Bayshore Drive, PH1 | Houston, Texas 77002 |
| Miami, Florida 33133 | Tel: (713) 236-8736 |
| Tel: (305) 374-5030 | Fax: (713) 236-8990 |
| Fax: (305) 374-5033 | njoneslawfirm@aol.com |
| andyhall@hlhlawfirm.com |  |
| rmaxwell@hlhlawfirm.com |  |
|  | Attorneys for Plaintiffs |
|  | (*admitted *pro hac vice*) |

## CERTIFICATE OF SERVICE

We hereby certify that a true and correct copy of the foregoing has been served via ECF on all counsel of record.

    /s/ Nelson M. Jones, III
    Nelson M. Jones, III